In the Matter of the Estate of Melvin Anderson, a Minor.

Winnifred M. Henry, Guardian of the Estate of Melvin Anderson, a Minor, Appellee, v. Chicago, Burlington & Quincy Railroad Company, Appellant.

Gen. No. 47,401. 

First District, First Division.

January 26, 1959.

Released for publication February 19, 1959.

Donald J. O'Brien for appellant (respondent); John E. Molony, and Owens, Owens & Rinn, for appellee. Opinion by PRESIDING JUSTICE McCORMICK. **Not to be published in full.**